EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 29 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>EDDIE BELLUOMINI,<br><br>          Defendant. | CR. NO. CR 03-00276 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. § 333(e)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 15, 2002, in the District of
Hawaii, EDDIE BELLUOMINI knowingly distributed human growth
hormone for use in humans other than the treatment of a disease
or other recognized medical condition, where such use has been
authorized by the Secretary of Health and Human Services under

Title 21, United States Code, Section 355 and pursuant to the order of a physician.

All in violation of Title 21, United States Code, Section 333(e).

## COUNT 2

The Grand Jury further charges:

On or about November 16, 2002, in the District of Hawaii, EDDIE BELLUOMINI knowingly distributed human growth hormone for use in humans other than the treatment of a disease or other recognized medical condition, where such use has been authorized by the Secretary of Health and Human Services under Title 21, United States Code, Section 355 and pursuant to the order of a physician.

All in violation of Title 21, United States Code, Section 333(e).

## COUNT 3

The Grand Jury further charges:

On or about April 3, 2003, in the District of Hawaii, EDDIE BELLUOMINI knowingly distributed human growth hormone for use in humans other than the treatment of a disease or other recognized medical condition, where such use has been authorized by the Secretary of Health and Human Services under Title 21, United States Code, Section 355 and pursuant to the order of a physician.

All in violation of Title 21, United States Code, Section 333(e).

## COUNT 4

The Grand Jury further charges:

On or about April 15, 2003, in the District of Hawaii, EDDIE BELLUOMINI knowingly distributed human growth hormone for use in humans other than the treatment of a disease or other recognized medical condition, where such use has been authorized by the Secretary of Health and Human Services under Title 21, United States Code, Section 355 and pursuant to the order of a physician.

All in violation of Title 21, United States Code, Section 333(e).

## COUNT 5

The Grand Jury further charges:

On or about May 8, 2003, in the District of Hawaii, EDDIE BELLUOMINI knowingly distributed human growth hormone for use in humans other than the treatment of a disease or other recognized medical condition, where such use has been authorized by the Secretary of Health and Human Services under Title 21, United States Code, Section 355 and pursuant to the order of a physician.

//

//

3

All in violation of Title 21, United States Code,

Section 333(e).

DATED: May 29, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
Foreperson, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney


FLORENCE T. NAKAKUNI
Chief, Narcotics Section


LORETTA SHEEHAN
Assistant U.S. Attorney


United States v. Eddie Belluomini
Indictment
Cr. No.

4